## *ANONYMOUS.

The president of the senate may vote and act generally, as a member of the court of errors.

N. B.—In consequence of the discussion, *ante,* 399, (*President, &c., of the Utica Bank* v. *Wagar,*) on the question whether the president of the senate has a right to vote and act generally as a member of the Court of Errors, it is proper to mention here, that, during the winter session, (1829,) the claim of that right was renewed by Lieut. Gov. Throop.

WALWORTH, Chancellor, offered a resolution, which he supported by a very able opinion, in favor of the right.

SUTHERLAND, J., concurred.

The resolution was adopted, 23 to 5.